UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                  :

          - v. -                          :

                                          INDICTMENT
JORGE DARIO ALVAREZ,                      07 CRIM. 598
     a/k/a "George Dareo Alvarez"         :
     a/k/a "Felix A. Martin,"
     a/k/a "Pedro Gonzalez,"              :
     a/k/a "Raul Baez,"
     a/k/a "Porfiro Cruz,"                :
                                          07 CRIM  598
          Defendant.                      :

- - - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From in or about February 2007, up to and including on

or about June 18, 2007, in the Southern District of New York and

elsewhere, JORGE DARIO ALVAREZ, a/k/a "George Dareo Alvarez,"

a/k/a "Felix A. Martin," a/k/a "Pedro Gonzalez," a/k/a "Raul

Baez," a/k/a "Porfiro Cruz," the defendant, being an alien,

unlawfully, willfully, and knowingly, did enter, and was found

in, the United States, after having been deported and removed

from the United States subsequent to a conviction for the

commission of an aggravated felony, to wit, a conviction on or

about December 11, 1987 in Kings County Supreme Court, Brooklyn,

New York, for criminal sale of a controlled substance in the

fourth degree, in violation of New York Penal Law Section 220.34,

and without having obtained the express consent of the Attorney

General of the United States, or his successor, the Secretary for

Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)


FOREPERSON

MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JORGE DARIO ALVAREZ,
a/k/a "George Dareo Alvarez"
a/k/a "Felix A. Martin,"
a/k/a "Pedro Gonzalez,"
a/k/a "Raul Baez,"
a/k/a "Porfiro Cruz,"

Defendant.

## INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_Foreperson._