**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2007

**BY FACSIMILE**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re:    *United States* v. *Jorge Dario Alvarez*,
07 Cr. 598 (PKC)

Dear Judge Castel:

Your Honor had scheduled a pre-trial conference in the above-captioned for today. The conference was rescheduled for September 12, 2007 at 9:45 a.m. The Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., between today and September 12, 2007, in order to allow the defense to review discovery and the parties to discuss a possible disposition in the case. I have spoken with counsel for the defendant, Mark B. Gombiner, and he has consented to the exclusion of time under the Speedy Trial Act until September 12, 2007.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:    Antonia M. Apps
Assistant United States Attorney
Tel: (212) 637-2198
Fax: (212) 637-2527

cc:    Mark B. Gombiner

*[Handwritten endorsement:]* I will reschedule for September 12 as the continuance of the public trial. The need of the speedy and ..... The interests of ..... defendant and public in a speedy trial outweigh ..... Time excluded until September 12. SO ORDERED. USDJ 9-5-07