# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

**MEMO ENDORSED**

December 18, 2007

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Jorge Dario Alvarez**
    **07 Cr. 598 (PKC)**

Your Honor:

I am writing to request an adjournment of the sentencing of Mr. Alvarez, which is presently scheduled for December 19, 2007. I am requesting an adjournment because I need some additional time to review the presentence report with Mr. Alvarez and prepare a sentencing submission on his behalf. In light of the upcoming holidays, I would ask that the sentencing be adjourned until January 2, 2008 at 10:00 a.m.

The government consents to this request.

Thank you for your consideration of this matter.

*[Handwritten endorsement: Sentencing adjourned from December 19, 2008 to January 2, 2008 at 10:00. SO ORDERED. USDJ 12-18-07]*

Respectfully submitted,

Mark B. Gombiner
Attorney for Jorge Dario Alvarez

cc: A.U.S.A. Antonia Apps