

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 8, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

**BY FACSIMILE**
The Honorable Kevin P. Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re: <u>United States v. Jorge Dario Alvarez</u>,
07 Cr. 598 (KPC)

Dear Judge Castel:

The Government respectfully requests a two-week adjournment of the sentencing in the above-captained case, which is currently scheduled for January 10, 2008 at 9:45 a.m. The Government has recently learned that the defendant may have been involved in illegal drug activity in early 2007. The Government has been attempting to obtain further information from the District Attorney's Office for some time, but only learned today that the District Attorney's Office and the New York City Police Department possesses information that they can provide to the Government. The Government respectfully requests a two-week adjournment of the sentencing to allow the Government to obtain and review this information, and to determine whether there is any additional information that should be presented to the Court at the defendant's sentencing.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Antonia M. Apps
Assistant United States Attorney
212-637-2198

cc: Mark B. Gombiner, Esq.

*[Handwritten endorsement:] I have considered the defendant's objection of January 9, 2008. Sentencing is nevertheless adjourned from January 10, 2008 to January 23, 2008 at 10 a.m. SO ORDERED. /s/ P. Kevin Castel USDJ 1-9-08*

TOTAL P.02