

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

December 21, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

**BY FACSIMILE**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re: *United States* v. *Jorge Dario Alvarez*,
        07 Cr. 598 (PKC)

Dear Judge Castel:

    The Government respectfully requests an adjournment of the sentencing in the above-captioned case to January 10, 2008 at 9:45 a.m. Upon the request of defense counsel, the sentencing had been moved to January 2, 2008. However, I am out of the country on that day, and accordingly request that the sentencing be moved to the following week. Defense counsel consents to this request. Thank you for your consideration of this matter.

*[Handwritten endorsement: Sentencing adjourned from Jan 10, 2008 at 9:45 a.m. SO ORDERED. /s/ PKC USDJ 12-21-07]*

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney

          By:    */s/ Antonia M. Apps*
                Antonia M. Apps
                Assistant United States Attorney
                Tel: (212) 637-2198
                Fax: (212) 637-2527

cc:     Mark B. Gombiner

MICROFILMED DEC 2 6 2007 -9 AM