

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

# MEMO ENDORSED

January 22, 2008

**BY FACSIMILE**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

      Re:    *United States* v. *Jorge Dario Alvarez,*
           07 Cr. 598 (PKC)

Dear Judge Castel:

      On January 9, 2008, the Court granted the Government's request for a two-week
adjournment of the defendant's sentencing, until January 23, 2008, so that the Government could
investigate whether or not the defendant Jorge Dario Alvarez was involved in illegal drug activity
in early 2007. The Government respectfully requests that the sentencing be adjourned an
additional two days, to 10:15 a.m. on January 25, 2008, so that it can complete its investigation
and present the evidence it has gathered to the Court. Defense counsel does not object to this
request.

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

      By:

                    Antonia M. Apps
                    Assistant United States Attorney
                    Tel: (212) 637-2198
                    Fax: (212) 637-2527

cc:    Mark B. Gombiner

*[Handwritten endorsement: Sentencing adjourned from January 23 to January 25 at 10:15 am. SO ORDERED. /s/ USDJ 1-22-08]*